# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 8:25-cv-00936-JDE | Date | June 13, 2025 |
|---|---|---|---|
| Title | Lisa Florea v. Walmart, Inc., et al. | | |

Present: The Honorable    John D. Early, United States Magistrate Judge

| Amber Rodriguez | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| n/a | n/a |

**Proceedings:**    (In Chambers) Order Granting Unopposed Motion to Remand (Dkt. 12) and Remanding Case to State Court [JS-6]

Defendant Schwan's Consumer Brands, Inc. ("Removing Defendant") removed this action to this Court from the Orange County Superior Court on May 2, 2025, based on diversity jurisdiction. Dkt. 1 ("Notice of Removal"). On May 30, 2025, Plaintiff Lisa Florea ("Plaintiff") filed a Motion to Remand Case to Orange County Superior Court, asserting complete diversity is lacking and asserting the Notice of Removal was technically defective. Dkt. 12 ("Remand Motion"). The Remand Motion was set for hearing on June 2, 2025, meaning any opposition papers were due to be filed by no later than June 12, 2025. See C. D. Cal. Local Civil Rule ("L.R.") 6-1, 7-9. Per L.R. 7-12, a failure to file a timely opposition to a motion may be deemed as consent to granting the motion.

On June 12, 2025, Removing Defendant filed a "Statement of Non-Opposition to" the Remand Motion. Dkt. 13 ("Non-Opposition"). No other party filed an opposition or other position regarding the Remand Motion by June 12, 2025, and the Court deems such lack of timely opposition papers as consent to the granting of the Remand Motion.

Based on the Remand Motion, the Statement of Non-Opposition to the Remand Motion filed by Removing Defendant, and the lack of any timely opposition to the Remand Motion by any other party, which the Court deems consent to the granting of the Remand Motion by such party or parties, the Court GRANTS the Remand Motion (Dkt. 12). This entire action is ordered REMANDED to the Orange County Superior Court, Case No. 30-02023-01336029-CU-PO-CJC. The Clerk's Office is directed to take all necessary steps to effectuate such remand and upon completion, to administratively close [JS-6] this action.

IT IS SO ORDERED.

| | |
|---|---|
| Initials of Courtroom Deputy | ARO |